UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GILA JEAN BURTON-CURL,<br><br>                Plaintiff,<br><br>   v.<br><br>SOUTH SEATTLE COLLEGE,<br><br>                Defendant. | CASE NO. **2:23-cv-01242-RSM**<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to plaintiff and the assigned District Judge.

DATED this 21st day of August, 2023.

                                                                                  BRIAN A. TSUCHIDA
                                                                                  United States Magistrate Judge